| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Wilson, Jr., William R | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>5/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date 10/1/1993<br>○ Initial ⦿ Annual ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>600 West Capitol, Room 423<br>Little Rock, AR 72201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 12 P 1: 51 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Kansas City Bench Bar Conference | April 29 - 30, 2004, Lake of the Ozarks, MO (mileage, tips, meals) |
| 2. | Augusta Bar Law Day Banquet | May 3, 2004, Augusta, GA (airfare, rental car, meals, tips) |
| 3. | FREE | September 13 - 17, 2004, Gallatin Gateway, MT (transportation) |
| 4. | Wild Wings | Sept 20 - 24 & 27, 2004, Gregory, SD (transportation) |
| 5. | Sully Flats | November 10 - 12 & 15, Gregory, SD (transportation) |
| 6. | Wild Wings | December 1 - 3 & 6 -7, 2004, Gregory SD (transportation) |
| 7. | Georgia, American Board of Trial Advocates | October 22 - 24, St. Simons Island, GA (transportation, meals, tips) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | MBNA | Credit Card | K |
| 2. | Chart Bank | Line of Credit | L |
| 3. | One Banc | Firm Line of Credit | M |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Stpehens Inc.: | | | | | | | | | |
| 2. U. S. Treasury | B | Dividend | | | sold | 12/31 | L | | Stephens, Inc. |
| 3. U. S. Treasury | C | Dividend | | | sold | 12/31 | K | | Stephens, Inc. |
| 4. John Hancock | | None | | | sold | 12/14 | J | | Stephens, Inc. |
| 5. Money Market Fund | | None | K | T | Partial sale | 11/16 | K | | Stephens, Inc. |
| 6. Cabela's | | None | J | T | Buy | 11/16 | J | | Stephens, Inc. |
| 7. Money Market Fund | | None | M | | Buy | 12/31 | M | | Stephens, Inc. |
| 8. INVESTMENT ACCOUNT: | | | | | | | | | |
| 9. Money Market Fund | A | Dividend | J | T | | | | | Stephens, Inc. |
| 10. GE Electric | A | Dividend | J | T | | | | | Stephens, Inc. |
| 11. BAC Capital Trust | A | Dividend | J | T | | | | | Stephens, Inc. |
| 12. J P Morgan Chase | A | Dividend | J | T | | | | | Stephens, Inc. |
| 13. Tennessee Valley Authority | A | Dividend | J | T | | | | | Stephens, Inc. |
| 14. RETIREMENT: | | | | | | | | | |
| 15. Money Market Fund | A | Dividend | J | T | | | | | Stephens, Inc. |
| 16. Altria Group | B | Dividend | K | T | | | | | Stephens, Inc. |
| 17. Anheuser-Busch | A | Dividend | J | T | | | | | Stephens, Inc. |
| 18. Archer-Daniels-Midland | A | Dividend | J | T | | | | | Stephens, Inc. |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Diageo PLC | A | Dividend | J | T | | | | | Stephens, Inc. |
| 20. Intel Corp | A | Dividend | J | T | | | | | Stephens, Inc. |
| 21. Micron Technology, Inc. | | None | J | T | | | | | Stephens, Inc. |
| 22. General Electric | A | Dividend | J | T | | | | | Stephens, Inc. |
| 23. Tyson Foods | A | Dividend | J | T | | | | | Stephens, Inc. |
| 24. Pfizer Inc | | None | J | T | Sold | 6/23 | J | | Stephens, Inc. |
| 25. Washington Mutual, Inc. | A | Dividend | J | T | | | | | Stephens, Inc. |
| 26. Artesyn Tech. | | None | J | | Buy | 5/4 | J | | Stephens, Inc. |
| 27. Power One | | None | J | T | Buy | 5/4 | J | | Stephens, Inc |
| 28. Wal-Mart | | None | J | | Buy | 5/4 | J | | Stephens, Inc. |
| 29. Wal-Mart | | None | | | Sold | 6/23 | J | A | Stephens, Inc. |
| 30. Artesyn Tech | | None | | | Sold | 9/15 | J | A | Stephens, Inc. |
| 31. TA Idex Allocation Fund | A | Dividend | K | T | Buy | 9/15 | J | | Stephens, Inc. |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wilson, Jr., William R | 5/15/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wilson, Jr., William R | 5/15/2005 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wilson, Jr., William R | 5/15/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _May 11, 2005_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM 423
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

BILL WILSON
JUDGE

**SELF INITIATED AMENDMENT**

May 24, 2005

FINANCIAL DISCLOSURE OFFICE

2005 JUN -1 A 11: 26

RECEIVED

The Honorable Mary M. Lisi
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Lisi:

I just found out that I need to include my position with the Federal Judges' Association in my Financial Disclosure. Please add this as an addendum to the Financial Disclosure that I submitted to you on May 15, 2005.

In Part I entitled "Positions", please add that I am an Officer with the Federal Judges' Association. In Part IV of the form entitled "Reimbursements" I need to include the fact that I attended a FJA meeting the weekend of May 15, 2004 - May 17, 2004. I received reimbursements for transportation, meals and tips.

Please let me know if there is anything else you need.

Cordially,

Wm. R. Wilson, Jr.